# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN WILCOX,<br><br>    Plaintiff,<br><br>  v.<br><br>BAKERSFIELD I, INC., et al.,<br><br>    Defendants. | Case No.: 1:18-cv-01454 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 11) |

The plaintiff reports the parties have come to terms of settlement. (Doc. 11) She indicates she will seek dismissal of the action within 60 days. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 22, 2019;**
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **January 14, 2019**              **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE